UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-07413
DAVE FISCHER )
) Chapter: 13
) Honorable David D. Cleary
)
Debtor(s) )

# ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 USC § 363 and TO SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor, Dave Fischer, and his siblings are permitted to sell the property located at 204 Elm St., Glenview, IL, 60025 (Permanent Index Number: 09-12-434-035-000).

2) The closing of the sale shall take place no later than thirty (30) days from the date of the entry of this order.

3) Debtor shall send the trustee a copy of the closing statement and $12,000.00 from his portion of the sale to Trustee Marilyn O. Marshall within seven days of closing.

4) Debtor is permitted to keep the remaining amount of his share of the sale after sending $12,000.00 to the Trustee.

5) Debtor's request to shorten notice is granted.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 24, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com